*E-FILED 11/21/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>KRISTIN FEDDERSEN, Revenue Agent,<br><br>    Petitioners,<br><br>    v.<br><br>JAVIER ARELLANO RUBIO,<br><br>    Respondent. | No. C 08-05153 RS<br><br><br><br><br>**ORDER** |

Petitioners, United States of America and Kristin Feddersen, filed a petition to enforce an internal revenue service summons on November 12, 2008. The matter was assigned to Magistrate Judge Richard Seeborg at filing.

IT IS HEREBY ORDERED that all parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge in accordance with Title 28, U.S.C. §636(c) and Federal Rule of Civil Procedure 73 and file either a Consent to Proceed Before a United States Magistrate Judge or a Request for Reassignment to a United States District Judge no later than **December 17, 2008**.

Petitioners shall serve a copy of this Order on Respondent.

Dated: November 21, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Cynthia Lewis Stier     cynthia.stier@usdoj.gov

Dated: November 21, 2008

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg