1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055          *E-FILED - 3/24/09*
5   San Francisco, CA 94102
    Telephone:   (415) 436-7000
6   Fax:         (415) 436-6748

7  Attorneys for the United States of America

8              UNITED STATES DISTRICT COURT FOR THE

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA and          )
12 KRISTIN FEDDERSEN, Revenue Agent,      )
                                          )   No. C-08-05153-RMW
13            Petitioners,                )
                                          )
14      v.                                )   APPLICATION AND [XXXXXXXXXXXX]
                                          )   ORDER OF DISMISSAL
15 JAVIER ARELLANO RUBIO                  )
                                          )
16            Respondent.                 )
   _____)

17         Petitioners, United States of America and Kristin Feddersen, Revenue Agent, hereby

18 advise the Court that respondent, Javier Arellano Rubio, has complied with the Internal Revenue

19 Service summons and request that this action be dismissed pursuant to Rule 41(a)(2) of the

20 Federal Rules of Civil Procedure.

21                                     Respectfully submitted,

22
23                                     JOSEPH RUSSONIELLO
                                       United States Attorney
24 Dated: March 23, 2009:              /s/ Cynthia Stier
                                       CYNTHIA STIER
25                                     Assistant U.S. Attorney
                                       Attorneys for the United States of America
26
27 //

28

                                       1

**ORDER**

Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

Dated: 3/24/09

_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT  JUDGE

**Application and xxxxxxxxxx**
**Order of Dismissal,**
**United States, et al. v. Rubio,**
**Case No. C-08-05153-RMW**                    2